# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL MONZO, individually and on behalf of CROWDRX, INC. | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 17-01401 |
| | : | |
| ANDREW BAZOS, M.D. | : | |
| Defendant. | : | |

## ORDER

This 26th day of October, 2017, it is hereby **ORDERED** that Plaintiff is granted leave to amend the caption to reflect that this is a direct and not a derivative action. Defendant's Motion to Dismiss for failure to state a derivative action under Fed. R. Civ. Proc. 23.1 is accordingly **DISMISSED** as **MOOT**.

The remainder of Defendant's Motion to Dismiss is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge